UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAQUETA MAZE,

    Plaintiff,                                    Case No. 3:23-cv-194

vs.

EXPERIAN INFORMATION SOLUTIONS,     District Judge Michael J. Newman
*et al.*,                                                  Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

### ORDER: (1) STAYING THIS CASE FOR 60 DAYS; AND (2) CONDITIONALLY DISMISSING THIS CASE ON OCTOBER 7, 2024

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **STAYED** for sixty (60) days, during which time the parties plan to file a stipulation of dismissal with prejudice. Doc. No. 51. If the parties have not filed anything within this time, the Court **CONDITIONALLY DISMISSES** this case on October 7, 2024, provided that either party may, upon good cause shown within thirty (30) days of that date, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

August 7, 2024                                                  s/*Michael J. Newman*
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge